■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP RASTELLI, Appellant.— Judgment of the County Court, Suffolk County, rendered February 7, 1973, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed

(CPL 460.50, subd. 5). Munder, Acting P. J., Martuscello, Gulotta, Brennan and Benjamin, JJ., concur.